

**FILED**

DEC 0 4 2009

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JOSHUA RYAN KOENIG,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NEXUS PROGRAM, DARREN FISHIER, STEVE, DAVE BOYD, and LISA LUCKY,<br><br>　　　　　　　　Defendants. | No. CV-09-100-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendations[1] on November 20, 2009. Plaintiff filed objections on

---

[1] Document No. 8.

December 2, 2009[2]. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Amended Complaint[3] is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2. The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3. Any appeal of this disposition will not be taken in good faith. Fed.R.App. 24(a)(3)(A).

4. The Clerk of Court is directed to close this matter and enter judgment accordingly.

DATED this 4th day of December, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Document No. 10.

[3] Document No. 7.